IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BARRETT,** | : | |
| Plaintiff | : | No. 1:14-cv-1250 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **C.O. MATTERS,** | : | (Magistrate Judge Saporito) |
| Defendant | : | |

## ORDER

**AND SO**, on this 30th day of September 2015, **IT IS HEREBY ORDERED THAT**:

a. Magistrate Judge Saporito's Report and Recommendation (Doc. No. 36) is adopted in full;

b. Defendant's motion to dismiss (Doc. No. 27) is granted in part;

c. Plaintiff's amended complaint is dismissed in part as follows:

  i. Plaintiff's claims for injunctive relief are dismissed;

  ii. Plaintiff's claims for compensatory damages are dismissed;

  iii. Plaintiff's claims for nominal damages are dismissed, except that Plaintiff's claims predicated on the alleged alteration of his outgoing mail are not dismissed;

d. Plaintiff is granted leave to file a second amended complaint within thirty (30) days of this order to address pleading deficiencies identified herein;

e. Defendant's motion to strike (Doc. No. 41) is granted;

f. Plaintiff's second amended complaint (Doc. No. 39) is stricken; and

g. Plaintiff's motion for an extension of time (Doc. No. 38) is denied.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
