IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER A. BARRETT | : | CIVIL ACTION NO. 1:CV-14-cv-1250 |
| Plaintiff | : | (JUDGE KANE) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| WARDEN ROBERT KARNES, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is an October 16, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **ACCORDINGLY**, this 3rd day of November, 2015, upon review of the record and the applicable law and, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation (Doc. No. 49) of Magistrate Judge Saporito:

1) All claims for injunctive relief are **DISMISSED as MOOT**;

2) All claims for compensatory damages are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), 28 U.S.C. § 1915A(b)(1), and 42 U.S.C. § 1997e(c)(1);

3) All claims for nominal damages with respect to the alteration of the plaintiff's outgoing mail be permitted to proceed; and

4) The matter is **REFERRED** back to the Magistrate Judge for further pretrial management.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania