**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER BARRETT,** | : | |
| **Plaintiff** | : | **No. 1:14-cv-1250** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **C.O. MATTERS,** | : | **(Magistrate Judge Saporito)** |
| **Defendant** | : | |

## ORDER

Before the Court is the August 9, 2016 Report and Recommendation of the Magistrate

Judge.  (Doc. No. 61.)  No timely objections have been filed.  **ACCORDINGLY**, on this 6th day

of September 2016, upon review of the record and the applicable law, **IT IS HEREBY**

**ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge
   Saporito (Doc. No. 61);

2. Defendant's motion for summary judgment (Doc. No. 57), is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendant and
   against Plaintiff; and

4. The Clerk of Court is directed to close this case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania